**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William Dwayne Dempsie**
 Debtor(s)

Bankruptcy Case No.: 16–70516–JAD

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

     Lisa M. Swope is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: December 28, 2016

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William Dwayne Dempsie
      Debtor

Case No. 16-70516-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7      User: admin      Page 1 of 1      Date Rcvd: Dec 28, 2016
                       Form ID: 129      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2016.
db            +William Dwayne Dempsie,   321 East Sixth Avenue,   Altoona, PA 16602-2751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2016 at the address(es) listed below:
           James Warmbrodt     on behalf of Creditor     JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com
           Joshua I. Goldman     on behalf of Creditor     JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com
           Lisa M. Swope     lms@nsslawfirm.com, klw@nsslawfirm.com;pa73@ecfcbis.com
           Mary K. Wheeler     on behalf of Debtor William Dwayne Dempsie wheelesk2002@yahoo.com, wheelesk2002@yahoo.com
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
           S. James Wallace     on behalf of Creditor     Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                            TOTAL: 6